No. 731, Misc. McGANN v. UNITED STATES. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

(*See also Misc. Nos. 688 and 885, ante, p. 927.*)

No. 799. ANDERSON ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Wilton D. Chapman, Thomas W. Chapman* and *Arthur Litz* for Anderson, and *Jerome F. Duggan* for Hagen, petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 932. GIBSON-STEWART CO., INC., v. WM. BROS. BOILER & MANUFACTURING CO. (NOW BROS INCORPORATED). C. A. 6th Cir. Certiorari denied. *Warley L. Parrott* for petitioner. *Andrew E. Carlsen* for respondent.

No. 933. ALLIED NEWSPAPER CARRIERS OF NEW JERSEY ET AL. v. THE EVENING NEWS PUBLISHING CO. C. A. 3d Cir. Certiorari denied. *Jerome C. Eisenberg* for petitioners. *Edward J. Gilhooly* and *Charles Danzig* for respondent.

No. 936. JOHNSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Raymond Kyle Hayes* and *T. R. Bryan* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.